Lenden F. Webb (SBN 236377)
**WEBB & BORDSON, APC**
A Professional Corporation
466 W. Fallbrook Ave., Suite 102
Telephone: (559) 431-4888
Facsimile: (559) 821-4500
Email: LWebb@WBLawGroup.com

Christopher A. Olsen (SBN 236928)
**OLSEN LAW OFFICES, APC**
A Professional Corporation
1010 Second Ave., Suite 1835
San Diego, CA 92101
Telephone: (619) 550-9352
Facsimile: (619) 923-2747
Email: CAOlsen@CAOlsenLawOffices.com

Attorneys for Plaintiff JOHN R. PICKENS, an individual, and Plaintiff Class.

# UNITED DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. PICKENS, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALORICA, INC., a California corporation;<br><br>Defendant. | Case No.: 15-cv-00622<br><br>**CLASS ACTION COMPLAINT FOR:**<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLASS ACTION COMPLAINT** |

PLEASE TAKE NOTICE THAT Pursuant to Federal Rules of Civil Procedure, Rule 23(e) and Rule 41, Plaintiff Johnathan Pickens voluntarily dismisses his class action allegations without prejudice and his individual claims with prejudice.

Dated: May 14, 2015

**WEBB & BORDSON, APC**

By: _/s/ Lenden Webb_
Lenden F. Webb
Attorney for Plaintiff, JOHN R. PICKENS and the PLAINTIFF CLASS

---

PLAINTIFF'S VOLUNTARY DISMISSAL OF CLASS ACTION COMPLAINT
- 1 -

Lenden F. Webb (SBN 236377)
**WEBB & BORDSON, APC**
466 W. Fallbrook Ave. Suite 102
Fresno, CA 93711
Telephone: (559) 431-4888
Facsimile: (559) 821-4500
Email: LWebb@WBLawGroup.com

Christopher A. Olsen (SBN 236928)
**OLSEN LAW OFFICES, APC**
A Professional Corporation
1010 Second Ave., Suite 1835
San Diego, CA 92101
Telephone: (619) 550-9352
Facsimile: (619) 923-2747
Email: CAOlsen@CAOlsenLawOffices.com

Attorneys for Plaintiff JOHN R. PICKENS, an individual, and Plaintiff Class.

# UNITED DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. PICKENS, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALORICA, INC., a California corporation;<br><br>Defendant. | Case No.: 15-cv-00622<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE BY MAIL

I, Erin M. Curry, certify that I am over the age of eighteen years and not a party to the above-titled case. My business address is 466 West Fallbrook Ave., Suite 102, Fresno, California, 93711. Further, I certify that on **May 19, 2015**, I served a copy of document(s) described as:

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**OF CLASS ACTION COMPLAINT**

////

---

CERTIFICATE OF SERVICE
- 1 -

on the following parties by way of United States Mail, postage pre-paid addressed as follows:

Robert M. Waxman
ERVIN COHEN & JESSUP, LLP
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212-2974
Telephone: 310-281-6304
Facsimile: 310-859-2325
Email: RWasman@EJLaw.com
*Attorney for Defendant, Alorica Inc.*

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this certification on **May 19, 2015** at San Diego, California.


Erin M. Curry