# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN R. PICKENS,** | 1:15-cv-00622-LJO-SKO |
| Plaintiff, | **ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL (DOC. 6)** |
| v. | |
| **ALORICA, INC.,** | |
| Defendant. | |

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) and Fed. R. Civ. P. 23, Doc. 6, the Court DISMISSES Plaintiff's class action allegations without prejudice and his individual claims with prejudice. The Clerk of Court is directed to CLOSE THIS CASE.

**IT IS SO ORDERED**
**Dated: May 20, 2015**

　　　　　　　　　　　　　　　　　　／s／ **Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　**United States District Judge**